FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8627

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Joseph Moreno MORAN, Jr. | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about July 10, 2008, within the Southern District of California, defendant Joseph Moreno MORAN, Jr., did knowingly and intentionally import approximately 19.38 kilograms (42.63 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH, DAY OF JULY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Joseph Moreno MORAN, Jr.

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On July 10, 2008, at approximately 0830 hours, Joseph Moreno MORAN, Jr., entered the United States at the Calexico, California, West Port of Entry. MORAN was the occupant driver of a 2001 Chrysler 300.

Customs Border Protection Officer Juarez was assigned to primary lanes when MORAN entered his lane. MORAN gave Officer Juarez a negative oral Customs declaration. Officer Juarez referred MORAN and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, MORAN gave Officer Mendibles a negative Customs declaration. MORAN stated to Officer Mendibles that the vehicle belongs to his girlfriend who lives in Brawley, California. Officer Mendibles requested Canine Enforcement Officer (CEO) Randolph screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). The NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed eighteen (18) packages in a non-factory installed compartment under the dash board of the vehicle. Officer Mendibles probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 18 packages had a combined net weight of approximately 19.38 kilograms (42.63 pounds).

1  Agent Morquecho advised MORAN of his rights per Miranda.
2  MORAN stated he understood his rights and was willing to answer
3  questions without the presence of an attorney.  MORAN stated to
4  Agent Morquecho, he (MORAN) had taken the vehicle to Mexicali,
5  Baja California, Mexico, to visit his grandmother.  MORAN stated
6  he gave the vehicle's keys to his best friend and two women who
7  brought it back to him four hours later. MORAN stated he was told
8  that someone would put a bag inside the vehicle. MORAN stated he
9  thought that they might be putting pharmaceutical drugs that you
10 could not get in the United States in the vehicle. MORAN stated
11 he thought the vehicle may have been loaded with marijuana
12 because people were acting strange around the vehicle.