# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj____ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 09137298 |
| Joseph Moreno Moian, Jr. | ) | 887846 |

RECEIVED 2008 JUL 11 P 12:36
U.S. MARSHALS SERVICE
EL CENTRO OFFICE

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___7-11-08___

the Court entered the following order:

___✓___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___✓___ Defendant released on $ __15,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by ___J. Flores___ Deputy Clerk

Received ___[signature]___ DUSM

07-11-08 @ 1150
Dpt P. Aau

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**