FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2635-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JOSEPH MORENO MORAN JR., | |
| Defendant. | |

The United States Attorney charges:

On or about July 10, 2008, within the Southern District of California, defendant JOSEPH MORENO MORAN JR., did knowingly and intentionally import approximately 19.38 kilograms (42.63 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
8/6/08